# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONSOLIDATED TRANSACTION PROCESSING LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 19-1580-RGA |
| v. | ) ) | |
| EBAY INC. | ) ) | |
| Defendant. | ) ) | |
| CONSOLIDATED TRANSACTION PROCESSING LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 19-1581-RGA |
| v. | ) ) | |
| WALMART INC., | ) ) | |
| Defendant. | ) | |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101, Defendants eBay Inc. and Walmart Inc. respectfully move this Court for an order dismissing Plaintiff Consolidated Transaction Processing LLC's Complaints. The grounds for this Motion are set forth in the Opening Brief submitted herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By:  /s/ David E. Moore |
|  | David E. Moore (#3983) |
| Jason R. Bartlett | Stephanie E. O'Byrne (#4446) |
| Marc J. Pernick | Tracey E. Timlin (#6269) |
| MAURIEL KAPOUYTIAN WOODS LLP | Hercules Plaza, 6th Floor |
| 450 Sansome Street, Suite 1005 | 1313 N. Market Street |
| San Francisco, CA 94111 | Wilmington, DE 19801 |
| Tel: (415) 738-6228 | Tel: (302) 984-6000 |
|  | dmoore@potteranderson.com |
|  | sobyrne@potteranderson.com |
| Sherman Kahn | ttimlin@potteranderson.com |
| MAURIEL KAPOUYTIAN WOODS LLP |  |
| 15 W. 26th Street, 7th Floor |  |
| New York, NY 10010 | *Attorneys for Defendant Walmart Inc.* |
| Tel: (212) 529-5131 |  |

Dated: December 19, 2019

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Robert H. Reckers | By:  /s/ Jack B. Blumenfeld |
| SHOOK, HARDY & BACON L.L.P. | Jack B. Blumenfeld (#1014) |
| JPMorgan Chase Tower | Stephen J. Kraftschik (#5623) |
| 600 Travis Street, Suite 3400 | 1201 North Market Street |
| Houston, TX 77002 | P.O. Box 1347 |
| (713) 227-8008 | Wilmington, DE 19899 |
|  | (302) 658-9200 |
|  | Email: jblumenfeld@mnat.com |
|  | skraftschik@mnat.com |
|  |  |
|  | *Attorney for Defendant eBay, Inc.* |

Dated: December 19, 2019

6521936/49131